WILLIAM D. FRUMKIN
ELIZABETH E. HUNTER

# FH FRUMKIN & HUNTER LLP

PARALEGAL
JANET M. HOWELL

WRITER'S EMAIL: wfrumkin@frumkinhunter.com

October 26, 2018

*Via ECF - Letter Motion*
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

     Re: *Jacqueline Rojas et al. v. Bronx Moon LLC d/b/a Blue Moon Mexican Café,*
        *Blue Moon Mexican Café LLC, Howard Felixbrod and Jeff Lewis*
        SDNY Case No. 17-CV-05825 (KMK)
        Our File No. 17-8746

Dear Judge Karas:

  As you are aware, we represent the Plaintiffs in the above-referenced action alleging violations under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* and the New York Labor Law §§ 190 *et seq.* and §§ 650 *et seq.* Pursuant to the Court's October 10, 2018 Opinion and Order (Doc. No. 36), we submit this letter-motion, jointly with Defendants, to reapply for approval of the settlement based upon a revised proposed settlement agreement that narrows the release provision to apply only to the wage-and-hour-related conduct underlying this lawsuit.

  Please find attached as Exhibit A a revised proposed settlement agreement that the parties believe appropriately addresses the concerns raised in the Court's Opinion and Order. In the event that the settlement agreement attached as Exhibit A does not meet with the Court's approval, in the interest of conserving the Court's and the parties's time and resources, we have also submitted as Exhibit B an even more narrowly tailored agreement, which we ask the Court to consider if the agreement submitted as Exhibit A is not satisfactory.

  Accordingly, the parties respectfully request that this Court approve the Settlement Agreement, and So-Order their Stipulation and Order of Dismissal of Claims with Prejudice. (Exhibit C). Upon the Court's order, Plaintiffs' counsel and Defendants' counsel will direct their respective clients to sign the approved settlement agreement, after which, Plaintiffs will re-file the fully executed settlement agreement with this Court, and will request that the Court direct the Clerk to close this case.

Honorable Kenneth M. Karas, U.S.D.J.   -2-   October 26, 2018

Thank you for your consideration of this application.

Respectfully submitted,

William D. Frumkin

WDF:EEH

cc: Scott Casher, Esq. (*via ECF*)